# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 21-cv-01741-RM

SANDRA FILLINGIM,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## ORDER

    This matter is before the Court *sua sponte*. Plaintiff filed this insurance contract dispute alleging subject matter jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332. To support diversity jurisdiction, Plaintiff alleges that she is a resident and citizen of Colorado. Plaintiff also alleges that her home, allegedly insured by Defendant, is in Longmont, Colorado. (ECF No. 1, ¶¶ 1, 5, 10, 12.) As for Defendant, Plaintiff alleges that "*Plaintiff* is a corporation in good standing in the State of Colorado. *Plaintiff's* principal office street address is One State Farm Plaza, Bloomington, IL 61710." (ECF No. 1, ¶ 2.) Even if the Court assumes Plaintiff is referring to *Defendant* in paragraph two of her complaint, such allegations do not plausibly show that diversity jurisdiction exists.

    Specifically, Defendant is apparently a corporation and it is therefore "deemed to be a citizen of every State and foreign state by which it has been incorporated *and* of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1) (emphasis added). Plaintiff, however, fails to allege where Defendant is incorporated. Accordingly,

diversity jurisdiction has not been shown. It is therefore

**ORDERED** that on or before **Friday**, **July 2, 2021**, Plaintiff shall **SHOW CAUSE** why this action should not be dismissed without prejudice for lack of subject matter jurisdiction.

DATED this 28th day of June, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge