IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 21-cv-01741-CNS-SKC | Date: January 5, 2023 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| SANDRA FILLINGIM<br>**Plaintiff** | *Colleen Calandra* |
| v. | |
| ALLSTATE FIRE AND CASUALTY<br>INSURANCE COMPANY<br>**Defendant** | *Hillary Patterson* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 2:59 p.m.

Appearance of counsel.

Argument as to [49] Motion for Summary Judgment given by Ms. Patterson and Ms. Calandra with questions from the Court.

**ORDERED:** [58] Defendant's Motion to Strike Portions of Plaintiff's Response to Defendant's Motion for Summary Judgment is DENIED.

As outlined on the record it is

**ORDERED:** [49] Motion for Summary Judgment is DENIED.

**Request to file additional Summary Judgment motion is DENIED.**

Defense may submit a status report in response to this hearing outlining ways to cure prejudice, if any, within three business days and the plaintiff may respond three days thereafter.

Discussion held on number of claims and disputed issues.

The Court outlines its practice standards as to the Pretrial Conference and trial dates.

Court in Recess:  4:03 p.m.		Hearing concluded.		Total time in Court:  01:04